# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 250<br>08 C 2357<br>08 C 2358<br>08 C 2359 | **DATE** | 5/22/2008 |
| **CASE TITLE** | In Re: In re: Air Crash Near Medan, Indonesia, on September 5, 2005 | | |

**DOCKET ENTRY TEXT**

Case *08 C 2357, 08 C 2358 and 08 C 2359* will be sent to the Executive Committee for reassignment as a consolidated related case to 07 C 250. Parties are directed to file all pleadings in related cases *08 C 2357, 08 C 2358 and 08 C 2359* under the lead case 07 C 250, Adiputra, et al. Vs. The Boeing Company, et al.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JD |
|---|---|---|