Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 250 - 08 C 2359<br>08 C 2358* - 08 C 3325 | DATE | 7/18/2008 |
| CASE TITLE | Adiputra, et al. Vs. The Boeing Company, et al. | | |

**DOCKET ENTRY TEXT**

Cases *08 C 2359 (Laksono v. The Boeing Co.)*, *08 C 2358 (Kusumo v. The Boeing Co.)*, and *08 C 3325 (Laksono et al v. Boeing Company et al)* are related to case *07 C 250* as titled above. Parties are directed to file all pleadings in related cases *08 C 2359 (Laksono v. The Boeing Co.)*, *08 C 2358 (Kusumo v. The Boeing Co.), and 08 C 3325 (Laksono et al v. Boeing Company et al)* under the lead case *07 C 250.* It is hereby ordered that case *08 C 2358, 08 C 2359* and *08 C 3325* are consolidated for all purposes. The Clerk of the Court is directed to complete a compiled service list of all counsel of record in the lead case *07 C 250.*

Docketing to mail notices.

FILED
2008 JUL 18 PM 1:02
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JD |
|---|---|---|